# UNITED STATES DISTRICT COURT

Eastern District of California

UNITED STATES OF AMERICA
v.
Steven F. Baca

JUDGMENT IN A CRIMINAL CASE
AMENDED

Case Number: 6:07-mj-00303-WMW

USM Number:

Doug Beevers, AFD
Defendant's Attorney

**THE DEFENDANT:**

☑ pleaded guilty to count(s)   Two and Four

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 36 CFR 4.23(a)(2) | Driving Under the Influence ≥ .08% | | Two |
| 36 CFR 4.2/CVC 16028 | No Financial Responsibility | | Four |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☑ Count(s)   One, three and five    ☐ is  ☑ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

3/25/2008
Date of Imposition of Judgment

_[signature]_
Signature of Judge

William M. Wunderlich     U.S. Magistrate
Name of Judge              Title of Judge

3/25/2008
Date

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
          Sheet 4A — Probation

Judgment—Page 3 of 3

DEFENDANT: Steven F. Baca
CASE NUMBER: 6:07-mj-00303-WMW

## ADDITIONAL PROBATION TERMS

The defendant is placed on 24 months of Unsupervised Probation with the following special conditions:

1. Serve ten days custody. The Court recommends that defendant be allowed to serve custody time at Mariposa County Jail. The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons before 2 PM on 5/23/2008.

2. Obey all laws.
3. Attend and complete Alcohol Treatment Program.
4. Defendant shall not drive a vehicle unless properly insured and registered.
5. Defendant shall not drive a vehicle without a valid driver's license.
6. Defendant shall not drive a vehicle with any detectable amount of alcohol in system.
7. Defendant shall not refuse or fail to complete a chemical test to determine blood alcohol content.
8. Defendant is denied the privilege of operating a motor vehicle on federal land until November 21, 2008.

DEFENDANT: Steven F. Baca
CASE NUMBER: 6:07-mj-00303-WMW

Judgment — Page 2 of 3

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 20.00 | $ 1,680.00 | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] |
| TOTALS | $ 0.00 | $ 0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   ☐ the interest requirement is waived for the   ☐ fine   ☐ restitution.

   ☐ the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.